No. 243 April 1, 2026 153

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

AMBER SUNSHINE OKEEFE,
*Defendant-Appellant.*

Lane County Circuit Court
24CR66455; A186532

Beatrice N. Grace, Judge.

Submitted February 13, 2026.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Emma Izaguirre, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Dan Rayfield, Attorney General, Paul L. Smith, Interim Solicitor General, and Jonathan N. Schildt, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Remanded for resentencing; otherwise affirmed.

**LAGESEN, C. J.**

Defendant appeals from a judgment of conviction for harassment. The judgment contained a special condition of probation that defendant "[n]ot own, possess, or have access to weapons, firearms, or any dangerous animals." Defendant argues that the trial court erred in imposing the dangerous-animals condition because the trial court orally pronounced that defendant would be prohibited from possessing "any dangerous weapons, including firearms," but did not mention dangerous animals. The state correctly concedes that the trial court's oral pronouncement was not sufficient to announce the condition in defendant's presence, and that we should remand for resentencing. *State v. Priester*, 325 Or App 574, 581, 530 P3d 118, *rev den*, 371 Or 332 (2023) ("A criminal defendant has a right to have their sentence announced in open court. A trial court errs if it does not do so, and the result is usually a resentencing.") (Internal citations omitted.)).

Remanded for resentencing; otherwise affirmed.[1]

---

[1]    As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.